

| MURIEL GOODE-TRUFANT<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | JONATHAN HUTCHINSON<br>*Senior Counsel*<br>Phone: (212) 356-2410<br>Fax: (212) 356-3509<br>Email: jhutchin@law.nyc.gov |
|---|---|---|

November 11, 2025

**BY ECF**
Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Batista, et al. v. City of New York, et al.</u>,
                25 Civ. 6658 (JPC)

Your Honor:

      I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney for defendants City of New York, Cenobio Ramirez, Matthew Hutson, Max Cheung, Mohammed Fadel, and Philip Ioannou ("defendants") in the above-mentioned matter. Defendants write to respectfully request an adjournment of the initial pre-trial conference currently scheduled for November 19, 2025, *sine die*, until the parties have completed the steps outlined in Local Civil Rule § 83.10 ("the § 1983 Plan"). Should the Court not grant that request, in the alternative, defendants respectfully request that the initial pre-trial conference be adjourned to November 20, 2025, November 21, 2025, or another date convenient to the Court. This is defendants' first such request. Plaintiffs' counsel, Philip Akakwam, Esq., consents to this request.

      By way of background, plaintiffs bring this action, pursuant to 42 U.S.C. § 1983, alleging, *inter alia*, false arrest, unlawful search and seizure, excessive force, and denial of the right to a fair trial, arising from their arrests on July 21, 2024. On August 14, 2025, this matter was designated for participation in the § 1983 Plan. <u>See</u> Docket Entry dated August 14, 2025. On November 4, 2025, the Court scheduled an initial pre-trial conference for November 19, 2025. <u>See</u> ECF No. 8.

      The instant request is made to allow this case to first proceed through the steps set out in the § 1983 Plan, which is designed to reach early resolution of matters without the need for Court intervention or involvement, and which provides for limited discovery necessary for

settlement discussions and mediation. Following the exchange of initial disclosures and limited discovery, the § 1983 Plan directs plaintiffs to provide a settlement demand, defendants to respond to the plaintiffs' settlement demand, and for the parties to participate in a mediation. <u>See generally</u> Loc. Civ. R. § 83.10. If the mediation is unsuccessful in resolving all issues in the case, an initial pre-trial conference may be scheduled to set deadlines for the remainder of discovery.

If the Court is not inclined to adjourn the initial pre-trial conference *sine die*, defendants respectfully request an adjournment of the conference to November 20, 2025, November 21, 2025, or another date convenient to the Court. The undersigned is scheduled to appearance in the Eastern District of New York on November 19, 2025 for a pre-trial conference in another matter, which would conflict with the conference currently scheduled in the instant matter. If the Court schedules the initial pre-trial conference for another date convenient to the Court, the undersigned respectfully requests that the Court avoid scheduling the conference on November 25, 2025 or during the first two weeks of December, as the undersigned expects to be engaged in a final pre-trial conference and a trial, respectively, during those time periods.

In light of the foregoing, defendants respectfully request an adjournment of the initial pre-trial conference currently scheduled for November 19, 2025, *sine die*. Alternatively, defendants respectfully request that the initial pre-trial conference be adjourned to November 20, 2025, November 21, 2025, or another date convenient to the Court.

Thank you for your consideration herein.

Respectfully submitted,

*/s/ Jonathan Hutchinson*

Jonathan Hutchinson
*Senior Counsel*
Special Federal Litigation Division

cc:   **BY ECF**
      Philip Akakwam, Esq.
      *Attorney for Plaintiffs*

Defendants' consented-to request is granted.  The initial pretrial conference scheduled for November 19, 2025, at 11:30 a.m. is adjourned *sine die*.  The parties shall file a joint status letter on January 12, 2026.  The Clerk of Court is respectfully directed to close Docket Number 9.

SO ORDERED.
Date: November 12, 2025
New York, New York

JOHN P. CRONAN
United States District Judge