UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

                                  :

ANDREW BATISTA and EDDIE FERRER,       :

                                  :

                  Plaintiffs,        :

                                  :

            -v-                :         25 Civ. 6658 (JPC)

                                  :

CITY OF NEW YORK, *et al.*,           :         ORDER

                                  :

                  Defendants.     :

                                  :

------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

      By March 11, 2026, the parties shall file a joint letter explaining the status of mediation and

the next steps in this case.

      SO ORDERED.

Dated: March 4, 2026
       New York, New York                         JOHN P. CRONAN
                                       United States District Judge