UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
                 :

ANDREW BATISTA and EDDIE FERRER,        :

           Plaintiffs,          :

       -v-                 :           25 Civ. 6658 (JPC)

                 :

CITY OF NEW YORK, *et al.*,            :           <u>ORDER</u>

          Defendants.          :

                 :
------------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

By May 7, 2026, the parties shall file a joint letter explaining the status of mediation and

the next steps in this case.

SO ORDERED.

Dated: April 30, 2026
      New York, New York                     JOHN P. CRONAN
                                          United States District Judge